## U.S. DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Axel Braun Productions** ) | |
| **19360 Rinaldi Street, #405** ) | |
| **Porter Ranch, CA 91326** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case Number 1:11-cv-00056-EGS** |
| ) | |
| **DOES 1 – 2823** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the District Court for the District of Columbia and to

enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the

undersigned counsel for Axel Braun Productions in the above captioned action, certifies that

there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or

debt securities to the public.

**DATED**:  January 12, 2011

Respectfully submitted,

Axel Braun Productions

By Counsel

By:
/s/_____

Ellis L. Bennett, Bar #479059
Dunlap Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
ebennett@dglegal.com
703-777-7319 (telephone)
703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)

*Attorney for the Plaintiff*