**U.S. DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Axel Braun Productions** | ) |
| **19360 Rinaldi Street, #405** | ) |
| **Porter Ranch, CA 91326** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case Number 1:11-cv-00056-EGS-JMG** |
| | ) |
| **DOES 1 – 1608** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### STATUS REPORT

Plaintiff hereby submits its first status report.  Plaintiff has issued subpoenas to Optimum

Online, Qwest, Verizon, Wide Open West and Windstream.  No data has yet been provided.

**DATED**:  August 10, 2011

Respectfully submitted,

Axel Braun Productions

By Counsel

By:
/s/_____

Ellis L. Bennett, Bar #479059
Dunlap Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA 20175
ebennett@dglegal.com
703-777-7319 (telephone)
703-777-3656 (fax)


On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8

2

Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)

*Attorney for the Plaintiff*

2